## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

Anthony & Deborah Lavalle,
     Debtor(s)

Bky. No. 08-40209

Chapter 13 Bankruptcy

### CONVERSION OF CHAPTER 13 TO CHAPTER 7 CASE

1.     This bankruptcy case was commenced by petition filed by the debtor(s) under chapter 13 on January 17, 2008. Conversion of this case by the debtor(s) to a chapter 7 case is allowed under §706 of the Bankruptcy Code.

2.     The debtor(s) hereby files this conversion and converts this case to a chapter 7 case under §§ 3478 and 1307 of the Bankruptcy Code.

3.     Attached hereto and filed herewith are new exhibits, attachments, schedules, statements and lists appropriate for a chapter 7 case.

WHEREFORE, the debtor(s) requests relief in accordance with chapter 7 of the Bankruptcy Code and declares under penalty of perjury that the information provided in this conversion is true and correct.

Executed on: _12-15-08_

Signed: _/e/ Robert L. Kalenda_
     Robert L. Kalenda #53260
     Kalenda & Associates
     919 West St. Germain, Suite 2000
     St. Cloud, MN 56301
     320-255-8840

Signed: _Anthony Lavalle_
     Anthony T. Lavalle

Signed: _Deborah K Lavalle_
     Deborah K. Lavalle

| United States Bankruptcy Court<br>District of Minnesota | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LAVALLE, ANTHONY, T** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**LAVALLE, DEBORAH, K** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **9535** | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN(if more than one, state all): **6127** |
| Street Address of Debtor (No. & Street, City, and State):<br>**114 16 AVE N**<br>**ST CLOUD, MN**<br>ZIP CODE **56303** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**114 16 AVE N**<br>**ST CLOUD, MN**<br>ZIP CODE **56303** |
| County of Residence or of the Principal Place of Business:<br>**STEARNS** | County of Residence or of the Principal Place of Business:<br>**STEARNS** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br>**Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.) | ☑ Chapter 7       ☐ Chapter 15 Petition for<br>☐ Chapter 9          Recognition of a Foreign<br>☐ Chapter 11        Main Proceeding<br>☐ Chapter 12      ☐ Chapter 15 Petition for<br>☐ Chapter 13        Recognition of a Foreign<br>                          Nonmain Proceeding<br><br>**Nature of Debts**<br>(Check one box)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s)<br>**ANTHONY T LAVALLE, DEBORAH K LAVALLE** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>❑  Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  <u>/s/ROBERT L. KALENDA        12/15/2008</u><br>    Signature of Attorney for Debtor(s)      Date<br>    <b>ROBERT L. KALENDA        53260</b></td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>❑  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>❑  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>❑  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ❑  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>            <u>                                  </u><br>            (Name of landlord that obtained judgment)<br><br>            <u>                                    </u><br>            (Address of landlord)<br><br>❑  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>❑  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>❑  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | **ANTHONY T LAVALLE, DEBORAH K LAVALLE** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **s/ ANTHONY T LAVALLE**
Signature of Debtor   **ANTHONY T LAVALLE**

X **s/ DEBORAH K LAVALLE**
Signature of Joint Debtor   **DEBORAH K LAVALLE**

Telephone Number (If not represented by attorney)

**12/15/2008**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐   I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐   Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney**

X **/s/ROBERT L. KALENDA**
Signature of Attorney for Debtor(s)

**ROBERT L. KALENDA   Bar No.  53260**
Printed Name of Attorney for Debtor(s) / Bar No.

**KALENDA & ASSOCIATES**
Firm Name

**919 W ST GERMAIN ST #2000**

Address

 **ST CLOUD MN 56301**

**320-255-8840            320-255-1631**
Telephone Number

**12/15/2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:    **ANTHONY T LAVALLE    DEBORAH K LAVALLE**                Case No. _____

                                **Debtors**                                      Chapter  **7**  _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **10** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **12/15/2008** _____          Signed: **s/ ANTHONY T LAVALLE** _____
                                                          **ANTHONY T LAVALLE**

Dated:   **12/15/2008** _____          Signed: **s/ DEBORAH K LAVALLE** _____
                                                          **DEBORAH K LAVALLE**

Signed:   **/s/ROBERT L. KALENDA** _____
          **ROBERT L. KALENDA**
          Attorney for Debtor(s)
          Bar no.:     **53260**
          **KALENDA & ASSOCIATES**
          **919 W ST GERMAIN ST #2000**

          **ST CLOUD MN 56301**
          Telephone No.:   **320-255-8840**
          Fax No.:         **320-255-1631**
          E-mail address:

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## District of Minnesota

In re **ANTHONY T LAVALLE   DEBORAH K LAVALLE**                    Case No. _____

_____                                    _____
Debtor(s)                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

❑ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

**B 1D (Official Form 1, Exh. D) (12/08) – Cont.**

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.


❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.


**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor:   **s/ ANTHONY T LAVALLE**
                       **ANTHONY T LAVALLE**


Date:   **12/15/2008**

B 1D (Official Form 1, Exhibit D) (12/08)

# UNITED STATES BANKRUPTCY COURT

## District of Minnesota

In re   **ANTHONY T LAVALLE   DEBORAH K
LAVALLE**
_____
          Debtor(s)

Case No.
_____
          (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit
counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can
dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors
will be able to resume collection activities against you. If your case is dismissed and you file another
bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps
to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file
a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit
counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities
for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate
from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt
repayment plan developed through the agency._

❑ 2. Within the **180 days before the filing of my bankruptcy case,** I received a briefing from a credit
counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities
for available credit counseling and assisted me in performing a related budget analysis, but I do not have a
certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the
agency describing the services provided to you and a copy of any debt repayment plan developed through the
agency no later than 15 days after your bankruptcy case is filed._

❑ 3. I certify that I requested credit counseling services from an approved agency but was unable to
obtain the services during the five days from the time I made my request, and the following exigent circumstances
merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize
exigent circumstances here.]_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing
within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the
agency that provided the counseling, together with a copy of any debt management plan developed
through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any
extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.
Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy
case without first receiving a credit counseling briefing.**

❑ 4. I am not required to receive a credit counseling briefing because of: _[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]_

❑ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial
responsibilities.);

**B 1D (Official Form 1, Exh. D)  (12/08) – Cont.**

     ❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ❑   Active military duty in a military combat zone.

    ❑  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ DEBORAH K LAVALLE**
                     **DEBORAH K LAVALLE**

Date:  **12/15/2008**

**B6A (Official Form 6A) (12/07)**

In re: **ANTHONY T LAVALLE    DEBORAH K LAVALLE**                                    Case No. _____
                                   **Debtors**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **IHOME: LOTS 17 AND 18 IN BLOCK 2 IN PLATTE'S SECOND ADDITION TO THE CITY OF ST. CLOUD, STEARNS COUNTY, MN**<br><br>**2006 APPRAISED VALUE** | **Joint tenants** | **J** | **$ 138,000.00** | **$ 120,312.00** |

Total    ➢    | $ 138,000.00 |

(Report also on Summary of Schedules.)

**B6B (Official Form 6B) (12/07)**

In re  **ANTHONY T LAVALLE    DEBORAH K LAVALLE** _____,        Case No. _____
                                        **Debtors**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH** | J | 40.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **BEDROOM, KITCHEN AND LIVING ROOM FURNITURE, APPLIANCES, LINENS, KITCHENWEAR, PERSONAL GOODS OF CHILDREN, PERSONAL 2006 15' LAPTOP COMPUTER, TV,  VCR, DVD, RADIO, LAWN MOWER AND SNOWBLOWER** | J | 6,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **CLOTHING** | J | 250.00 |
| 7. Furs and jewelry. | | **WEDDING RINGS** | J | 250.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **ANTHONY T LAVALLE    DEBORAH K LAVALLE** _____,        Case No. _____
                                Debtors                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2000 OLDS ALERO 168K MILES VIN 1G3NL52T2YC354923 NADA RETAIL** | **W** | **3,165.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re   **ANTHONY T LAVALLE    DEBORAH K LAVALLE** _____ ,        Case No. _____
                                   **Debtors**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | | | |

_2_ continuation sheets attached                     Total      ➢      **$  9,705.00**

(Include amounts from any continuation sheets
attached. Report total also on Summary of
Schedules.)

B6C (Official Form 6C) (12/07)

In re   **ANTHONY T LAVALLE    DEBORAH K LAVALLE** _____,    Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $136,875
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **2000 OLDS ALERO 168K MILES VIN 1G3NL52T2YC354923 NADA RETAIL** | **11 USC § 522(d)(2)** | **465.00** | **3,165.00** |
| **BEDROOM, KITCHEN AND LIVING ROOM FURNITURE, APPLIANCES, LINENS, KITCHENWEAR, PERSONAL GOODS OF CHILDREN, PERSONAL 2006 15' LAPTOP COMPUTER, TV, VCR, DVD, RADIO, LAWN MOWER AND SNOWBLOWER** | **11 USC § 522(d)(3)** | **6,000.00** | **6,000.00** |
| **CASH** | **11 USC § 522(d)(5)** | **40.00** | **40.00** |
| **CLOTHING** | **11 USC § 522(d)(3)** | **250.00** | **250.00** |
| **IHOME: LOTS 17 AND 18 IN BLOCK 2 IN PLATTE'S SECOND ADDITION TO THE CITY OF ST. CLOUD, STEARNS COUNTY, MN** **2006 APPRAISED VALUE** | **11 USC § 522(d)(1)** | **17,688.00** | **138,000.00** |
| **WEDDING RINGS** | **11 USC § 522(d)(4)** | **250.00** | **250.00** |

**B6D (Official Form 6D) (12/07)**

In re  **ANTHONY T LAVALLE    DEBORAH K LAVALLE**                        .        Case No. _____

                                  **Debtors**                                                                 **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  4373<br>**COUNTRY WIDE HOME LOANS**<br>**SVB 314 PO BOX 5170**<br>**SIMI VALLEY CA 93062-5170** | | J | **10/01/2006**<br>**Mortgage**<br>**IHOME: LOTS 17 AND 18 IN BLOCK 2 IN PLATTE'S SECOND ADDITION TO THE CITY OF ST. CLOUD, STEARNS COUNTY, MN**<br><br>**2006 APPRAISED VALUE**<br>_____<br>**VALUE $138,000.00** | | | | 120,312.00 | 0.00 |
| ACCOUNT NO.  3801<br>**MID ATLANTIC FINANCE**<br>**15500 LIGHTWAVE DR**<br>**CLEARWATER FL 33771** | | W | **08/01/2006**<br>**Security Agreement**<br>**2000 OLDS ALERO 168K MILES**<br>**VIN 1G3NL52T2YC354923**<br>**NADA RETAIL**<br>_____<br>**VALUE $3,165.00** | | | | 2,700.00 | 0.00 |

<u>0</u>     continuation sheets
          attached

| | | |
|---|---|---|
| Subtotal ➢<br>(Total of this page) | $    123,012.00 | $      0.00 |
| Total ➢<br>(Use only on last page) | $    123,012.00 | $      0.00 |

                                                 (Report also on Summary of  (If applicable, report
                                                 Schedules)           also on Statistical
                                                                     Summary of Certain
                                                                     Liabilities and
                                                                     Related Data.)

B6E (Official Form 6E) (12/07)

In re  __ANTHONY T LAVALLE    DEBORAH K LAVALLE_____    Case No. _____
                                   Debtors                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☑  **Domestic Support Obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐  **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              __2__  continuation sheets attached

**B6E (Official Form 6E) (12/07) – Cont.**

In re    **ANTHONY T LAVALLE    DEBORAH K LAVALLE** _____ ,        Case No. _____
                                                    Debtors                                                            (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Domestic Support Obligations

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **DAN PIRSIG** <br> **18954 KANDI-MEEKER RD** <br> **ATWATER MN 56209** | | W | **NOTICE ONLY, NO ARREARS** | | | | 0.00 | 0.00 | $0.00 |

Sheet no. <u>1</u> of <u>2</u> continuation sheets attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals ➤ <br>(Totals of this page) | $ | 0.00 | $ | 0.00 | $ | 0.00 |
|---|---|---|---|---|---|---|---|

Total   ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)

$

Total   ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )

$          $

**B6E (Official Form 6E) (12/07) – Cont.**

In re **ANTHONY T LAVALLE   DEBORAH K LAVALLE** _____,   Case No. _____
Debtors                                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **9535**  **IRS** **PO BOX 21126** **PHILADELPHIA PA 19114** | | J | **04/15/2007** **INCOME TAX** | | | | **941.00** | **941.00** | **$0.00** |
| ACCOUNT NO.  **9535**  **MN DEPARTMENT OF REVENUE** **SPECIAL ACTIONS** **551 BANKRUPTCY SECTION** **PO BOX 64447** **ST PAUL MN 55164** | | J | **04/15/2005** | | | | **605.00** | **605.00** | **$0.00** |

Sheet no.  2  of  2  continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)
$ **1,546.00**   $ **1,546.00**   $ **0.00**

Total  ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)
$ **1,546.00**

Total  ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )
$ **1,546.00**   $ **0.00**

B6F (Official Form 6F) (12/07)

In re  **ANTHONY T LAVALLE   DEBORAH K LAVALLE**                    Case No. _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐       Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **XXXX0178**<br><br>**1ST BANK OF DELAWARE<br>CONTINENTAL FINANCE<br>PO BOX 30311<br>TAMPA FL 33630-3311** | | H | 01/11/2007<br><br>**HOUSEHOLD** | | | | 517.00 |
| ACCOUNT NO.   **XXXX7010**<br><br>**ACCOUNT SOLUTIONS GROUP<br>205 BRYANT WOODS SOUTH<br>AMHERST NY 14228** | | W | 08/19/2005<br><br>**HOUSEHOLD** | | | | 529.75 |
| ACCOUNT NO.   **57789**<br><br>**AFFLIATED CREDIT SERVICES<br>PO BOX 1329<br>ROCHESTER MN55903** | | H | 08/17/2005<br><br>**MEDICAL** | | | | 1,092.94 |
| ACCOUNT NO.<br><br>**ANOKA COUNTY COURTHOUSE<br>325 E MAIN ST<br>ANOKA MN 55303** | | J | **EVICTION<br>08/2000** | | | | 2,700.00 |
| ACCOUNT NO.   **XXXX0480**<br><br>**ARM<br>PO BOX 129<br>THORFARE NJ 08086-0129** | | W | 07/30/2007<br><br>**HOUSEHOLD<br>COLLECTION FOR HSCBC** | | | | 548.62 |

_17_   Continuation sheets attached



Subtotal ➤ $        **5,388.31**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE   DEBORAH K LAVALLE** _____       Case No. _____
 Debtors                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **XXXX0272**<br><br>**ARM**<br>**PO BOX 129**<br>**THORFARE NJ 08086-0129** | | **W** | 10/02/2006<br><br>**HOUSEHOLD**<br>**FOR CAPITAL 1 SERVICES XXX8788** | | | | 2,935.75 |
| ACCOUNT NO.   **51780071269XXXX**<br><br>**ARROW FINANCIAL**<br>**JEFFERSON CAPITAL**<br>**PO BOX 23051**<br>**COLUMBUS GA 31902-3051** | | **H** | <br>**HOUSEHOLD**<br>**was FirstPemier** | | | | 528.00 |
| ACCOUNT NO.   **XXXX1092**<br><br>**ARROW FINANCIAL SERVICES**<br>**5996 W TOUHY AVE**<br>**NILES IL 60714** | | **W** | 04/12/2006<br><br>**HOUSEHOLD** | | | | 529.75 |
| ACCOUNT NO.   **XXXX5903**<br><br>**ARROW FINANCIAL SERVICES**<br>**21031 NETWORK PLACE**<br>**CHICAGO IL 60678-1031** | | **H** | 09/26/2007<br><br>**FOR PREMIER BANKCARD**<br>**HOUSEHOLD** | | | | 820.22 |
| ACCOUNT NO.   **XXXX3340**<br><br>**ASSET ACCEPTANCE LLC**<br>**PO BOX 2039**<br>**WARREN IL 48090-2039** | | **H** | 10/07/2005<br><br>**FOR SPRINT PCS HOUSEHOLD** | | | | 439.94 |

Sheet no. _1_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          5,253.66

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **ANTHONY T LAVALLE    DEBORAH K LAVALLE**                    Case No. _____
                                 **Debtors**                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **0486** <br><br> **AVANTE** <br> **2950 S GESSNER STE 265** <br> **HOUSTON TX 77063** | | | | | | | 610.74 |
| ACCOUNT NO.    **XXXX3378** <br><br> **BMG** <br> **PO BOX 91501** <br> **INDIANAPOLIS IN 46921-0009** | | H | 06/25/2005 <br><br> HOUSEHOLD | | | | 26.27 |
| ACCOUNT NO.    **XXXX0150** <br><br> **CAPITAL MANAGEMENT SERVICES** <br> **726 EXCHANGE ST** <br> **BUFFALO NY 14210** | | W | HOUSEHOLD <br> PRIOR TO 2007 | | | | 871.70 |
| ACCOUNT NO.    **XXXX9261** <br><br> **CAPITAL ONE** <br> **PO BOX 85064** <br> **GLEN ALLEN VA 23058** | | H | 10/01/2007 <br><br> REPOSESSION OF TAURUS | | | | 13,957.58 |
| ACCOUNT NO.    **9164** <br><br> **CENTER FOR DIAGNOSTIC IMAGING** <br> **BOX 1414 NCB6** <br> **MINNEAPOLIS MN 55480-1414** | | | MEDICAL | | | | 977.15 |

Sheet no. _2_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        16,443.44

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE    DEBORAH K LAVALLE**                    Case No. _____
                                    Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **651061/680221/735790**<br><br>**CENTRA CARE CLINIC**<br>**1200 N 6TH ST**<br>**ST CLOUD MN 56303** | | J | **MEDICAL**<br>**9/27-12/13/07** | | | | 556.24 |
| ACCOUNT NO.  **1061/5790**<br><br>**CENTRA CARE CLINIC**<br>**1200 N 6TH ST**<br>**ST CLOUD MN 56303**<br><br><br>**AMERICAN ACCOUNTS & ADVISERS INC**<br>**3904 CEDARVALE DRIVE**<br>**EAGAN MN 55122** | | | **MEDICAL** | | | | 333.95 |
| ACCOUNT NO.  **XXXX4443**<br><br>**CENTRAL MN ANESTHISIA**<br>**14700 28TH AVE STE 20**<br>**PLYMOUTH MN 55447** | | J | **06/16/2007**<br>**MEDICAL** | | | | 45.90 |
| ACCOUNT NO.  **SEVERAL ACCOUNTS**<br><br>**CENTRAL MN EMERG PHYS**<br>**1406 6TH AVE N**<br>**ST CLOUD MN 56303** | | J | **MEDICAL**<br>**2003-2007** | | | | 5,166.75 |

Sheet no.  3  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤    $                    **6,102.84**

Total    ➤    $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE   DEBORAH K LAVALLE**                     Case No. _____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **XXXX6173**<br>**CENTRAL MN MENTAL HEALTH CENTER**<br>**1321 NORTH 13TH ST**<br>**ST CLOUD MN 56303** | | J | 10/31/2006<br>**MEDICAL** | | | | 800.00 |
| ACCOUNT NO.   **XXXX6553**<br>**CHARTER COMMUNICATIONS**<br>**3380 NORTHERN VALLEY PINE**<br>**ROCHESTER MN 55906**<br><br>**CREDIT PROTECTION ASSOCIATION**<br>**13355 NOEL RD**<br>**DALLAS TX 75420** | | J | 12/29/2007<br>**HOUSEHOLD FOR CHARTER** | | | | 65.78 |
| ACCOUNT NO.   **XXXX8006**<br>**CHASE RECEIVABLES**<br>**1247 BROADWAY**<br>**SONOMA CA 95476** | | H | 07/30/2005<br>**HOUSEHOLD**<br>**COLLECTION FOR CROSS COUNTRY BANK** | | | | 1,051.84 |
| ACCOUNT NO.   **XXXX2434**<br>**CMRE FINANCIAL SERVICES INC**<br>**3075 E IMPERIAL HWY 200**<br>**BREA CA 92821-6753** | | H | 07/09/2007<br>**MEDICAL** | | | | 45.90 |

Sheet no.  4  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                     **1,963.52**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE    DEBORAH K LAVALLE**

Debtors

Case No. _____

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **XXXX7088** <br><br> **COLLECTION RESOURCES PO BOX 2270 ST CLOUD MN 56302-2270** | | **J** | 08/30/2007 <br><br> **FOR ST CLOUD SURGICAL & PETERSON & BARRYMORE MEDICAL** | | | | 993.76 |
| ACCOUNT NO.  **XXXX2434** <br><br> **COLLECTION RESOURCES PO BOX 2270 ST CLOUD MN 56302-2270** | | **J** | 07/09/2007 <br><br> **BELL APPLIANCE OF COLD SPRING HOUSEHOLD** | | | | 45.00 |
| ACCOUNT NO.  **UNKNOWN** <br><br> **CRAIG A ROSE 921 MAIN STREET HOPKINS HOPKINS MN 55343** | | **J** | 10/12/2007 <br><br> **FOR CENTRAL LAKE MEDICAL MEDICAL** | | | | 373.00 |
| ACCOUNT NO.  **NONE** <br><br> **DANIEL J PIRSIG 18954 KANDI MEEKER RD ATWATER MN 56209** | | **W** | **JUDGMENT FROM DIVORCE MAY 2000** | | | | 10,000.00 |
| ACCOUNT NO.  **XXXX2110** <br><br> **DEBT RECOVERY SOLUTIONS 900 MERCHANTS CONCOURSE STE 106 WESTBURY NY 11590-5114** | | **H** | 05/25/2006 <br><br> **HOUSEHOLD** | | | | 624.79 |

Sheet no.  5 of 17 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $    **12,036.55**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE   DEBORAH K LAVALLE** _____     Case No. _____
                                    Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **XXXX0002** <br><br> **ECMC** <br> **7325 BEAUFONT SPRINGS STE 200** <br> **RICHMOND VA 23225** | | H | **STUDENT LOAN PRIOR TO 2006** | | | | 46,551.02 |
| ACCOUNT NO.   **XXXX0003** <br><br> **ECMC** <br> **7325 BEAUFONT SPRINGS STE 200** <br> **RICHMOND VA 23225** | | W | **STUDENT LOAN 2001-2005** | | | | 39,235.43 |
| ACCOUNT NO.   **XXXX0694** <br><br> **ECMC** <br> **7325 BEAUFONT SPRINGS STE 200** <br> **RICHMOND VA 23225** | | H | **STUDENT LOAN 2006** | | | | 14,170.25 |
| ACCOUNT NO.   **XXXX7598** <br><br> **EDOP LOAN SERVICES** <br> **PO BOX 21302** <br> **ST PAUL MN 55121** | | H | **STUDENT LOAN JAN 2007** | | | | 2,348.15 |
| ACCOUNT NO.   **XXXX1243/XXXX0448** <br><br> **FINANCIAL CONSULTANTS CO** <br> **160 3RD AVE W #100** <br> **FOLEY MN 55329-0235** | | J | **02/26/2007** <br> **MEDICAL/HOUSEHOLD** | | | | 558.56 |

Sheet no.  6 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                102,863.41

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE   DEBORAH K LAVALLE**          Case No. _____
                          Debtors                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **XXXX2490**<br>**FIRST NATIONAL COLLECTION BUREAU**<br>**610 WALTHAM WAY**<br>**SPARKS NV 89434** | | H | 03/07/2007<br>**HOUSEHOLD FOR CROSS COUNTY AKA APPLIED BANK** | | | | 1,051.84 |
| ACCOUNT NO.  **XXXX3218**<br>**FIRST REVENUE ASSURANCE**<br>**PO BOX 5818**<br>**DENVER CO 80217** | | W | 10/17/2007<br>**HOUSEHOLD** | | | | 587.46 |
| ACCOUNT NO.  **XXXX8071**<br>**FMS INC**<br>**PO BOX 18062**<br>**HAUPAUGE NY 11788-8862** | | W | 07/06/2007<br>**HOUSEHOLD FOR CAPITAL ON XXXX5017** | | | | 3,143.44 |
| ACCOUNT NO.  **XXXX6591**<br>**GOLD CROSS AMBULANCE**<br>**PO BOX 86**<br>**MINNEAPOLIS MN 55486** | | H | 12/14/2006<br>**MEDICAL** | | | | 66.75 |
| ACCOUNT NO.  **7827**<br>**GOLD CROSS AMBULANCE**<br>**PO BOX 86**<br>**MINNEAPOLIS MN 55486-2556** | | | **MEDICAL** | | | | 1,167.72 |

Sheet no.  7 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $        6,017.21

Total  ➢  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE   DEBORAH K LAVALLE**                    Case No. _____
                                      Debtors                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **XXXX7789**<br>**GOLD CROSS AMBULANCE**<br>**PO BOX 86**<br>**MINNEAPOLI SMN 55486** | | H | 12/16/2005<br>**MEDICAL** | | | | 1,092.94 |
| ACCOUNT NO.  **0480**<br>**HSBC CARD SERVICES**<br>**PO BOX 80084**<br>**SALINAS CA 93912-0084** | | W | 09/08/2007<br>**HOUSEHOLD** | | | | 577.77 |
| ACCOUNT NO.  **XXXX1061/3LMT/1250/7450/8**<br>**JC CHRISTIANSON**<br>**PO BOX 519**<br>**SAUK RAPIDS MN 56379** | | J | **COLLECTION FOR CENTRA CARE**<br>**MEDICAL**<br>**PRIOR TO 10/09/07** | | | | 594.86 |
| ACCOUNT NO.  **XXX8549**<br>**LDC COLLECTION SYSTEMS**<br>**3131 PRINCETON PIKE BLDG 5 STE 105**<br>**LAWRENCEVILLE NJ 08648** | | H | 01/31/2007<br>**HOUSEHOLD** | | | | 2,334.86 |
| ACCOUNT NO.  **UNKNOWN**<br>**LOFSTROM LAW FIRM**<br>**PO BOX 21123**<br>**COLUMBIA HEIGHTS MN 55421** | | J | 06/11/2007<br>**ST CLOUD SURGICAL CENTER**<br>**MEDICAL** | | | | 806.62 |

Sheet no.  8 of 17 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ＞  $  **5,407.05**

Total  ＞  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re __ANTHONY T LAVALLE    DEBORAH K LAVALLE_____    Case No. _____

                          Debtors                                       (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> MALINDA LIPETZKY <br> 457 ELENA LANE <br> ST JOSEPH MN 56374 | | W | BUSINESS <br> 10/2006 | | | | 800.00 |
| ACCOUNT NO. XXXX7649 <br><br> MEDTRONIC <br> 13019 COLLECTION CENTER DR <br> CHICAGO IL 60693-0130 | | H | 07/25/2007 <br><br> MEDICAL | | | | 202.70 |
| ACCOUNT NO. XXXX0478 <br><br> MERCHANTS CREDIT GUIDE CO <br> 223 W JACKSON BLVD <br> CHICAGO IL 60606 | | W | 09/12/2007 <br><br> COLLECTIONS FOR SEARS | | | | 1,864.25 |
| ACCOUNT NO. UNKNOWN <br><br> MID STATE CREDIT <br> 217 S 7 ST STE 101B <br> BRAINERD MN 56401 | | H | HOUSEHOLD <br> PRIOR TO 2000 | | | | 1,058.00 |
| ACCOUNT NO. 7184/1548/4584/6775/082B/59 <br><br> MIDWEST COLLECTION SERV <br> P O BOX 1181 <br> ST CLOUD MN 56302 | | J | PRIOR TO 05/2/07 <br> MEDICAL | | | | 615.15 |

Sheet no. _9_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

                     Subtotal ➤ $           4,540.10

                                  Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **ANTHONY T LAVALLE   DEBORAH K LAVALLE** _____   Case No. _____

Debtors   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **5023** | | H | 09/27/2007 | | | | 1,655.90 |
| **MONTEREY COLLECTIONS PO BOX 4658 CARLSBAD CA 92018** | | | **MEDICAL** | | | | |
| ACCOUNT NO.   **1227** | | W | 06/13/2005 | | | | 528.21 |
| **MRS ASSOCIATES 3 EXECUTIVE CAMPUS STE 400 CHERRY HILL NJ 08002** | | | **HOUSEHOL DOFR 1ST PREMIER** | | | | |
| ACCOUNT NO.   **6085** | | H | 01/23/2004 | | | | 389.03 |
| **NORTHLAND CREDIT CONTROL 3617 VERA CRUZ AVE N MINNEAPOLIS MN 55422** | | | **HOUSEHOLD FOR SCHMITT MUSIC** | | | | |
| ACCOUNT NO.   **6085/8713** | | H | | | | | 1,059.50 |
| **NORTHLAND GROUP PO BOX 390846 EDINA MN 55439** | | | **HOUSEHOLD CAPITAL ONE XXXX7018** | | | | |
| ACCOUNT NO.   **4895** | | J | 10/31/2007 | | | | 970.77 |
| **NORTHWAY DENTAL PO BOX 1659 ST CLOUD MN 56302** | | | **MEDICAL** | | | | |

Sheet no. _10_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ›  $ 4,603.41

Total  ›  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE    DEBORAH K LAVALLE**                    Case No.  _____
                                    **Debtors**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **XXXX0486**<br><br>**ORCHARD BANK**<br>**PO BOX 5222**<br>**CAROL STREAM IL 60197-5222** | | **W** | **HOUSEHOLD**<br>**PRIOR TO 09/13/07** | | | | **577.77** |
| ACCOUNT NO.  **17494**<br><br>**PAYDAY AMERICA**<br>**1609 W CTY RD 42**<br>**BOX 232**<br>**BURNSVILLE MN 55306** | | **W** | **12/12/2007**<br>**HOUSEHOLD** | | | | **427.09** |
| ACCOUNT NO.  **0478**<br><br>**PORTFOLIO RECOVERY**<br>**PO BOX 12914**<br>**NORFOLK VA 23541** | | **W** | **05/23/2007**<br>**HOUSEHOLD** | | | | **1,864.25** |
| ACCOUNT NO.  **XXXX7375**<br><br>**QUADRANT GROUP**<br>**5140 MAIN ST STE 303**<br>**WILLIAMSVILLE NY 14221** | | **W** | **10/04/2007**<br>**COLLECTION FOR ORCHARD BANK** | | | | **1,234.65** |
| ACCOUNT NO.  **QDR1**<br><br>**REGIONAL DIAGNOSTIC RADIOLOGY**<br>**POB OX 7366**<br>**ST CLOUD MN 5632-7366** | | **J** | **11/07/2006**<br>**MEDICAL** | | | | **26.00** |

Sheet no.  11  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $        **4,129.76**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE   DEBORAH K LAVALLE**
                           Debtors

Case No. _____
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **QRDR1** <br><br>**REGIONAL DIAGNOSTIC RADIOLOGY PO BOX 7366 ST CLOUD MN 56302-7366** | | J | 11/21/2007 <br><br>MEDICAL | | | | 450.55 |
| ACCOUNT NO.  **UNKNOWN** <br><br>**RICHARD L MUSKE 700 ST PAUL BLDG ST PAUL MN 55102** | | J | 11/13/2007 <br><br>GARNISHMENT | | | | 2,905.49 |
| ACCOUNT NO.  **3445/2893/9R53/NORTHWAY/** <br><br>**RICHARD SIERSTAD PO BOX 566 SAUK RAPIDS MN 56379-0566** | | J | MEDICAL PRIOR TO 2005 | | | | 5,710.47 |
| ACCOUNT NO.  **XXXX9016** <br><br>**RJM ACQUISITIONS 575 UNDERHILL BLVD STE 224 SYOSSET NY 11791-3416** | | H | 02/23/2007 <br><br>HOUSEHOLD | | | | 827.84 |

Sheet no.  12  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $  **9,894.35**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE    DEBORAH K LAVALLE**                          Case No. _____
_____
                    **Debtors**                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1602**<br><br>**ROSE & ARNESON**<br>**PO BOX 5560**<br>**HOPKINS MN 55343**<br><br><br>**ADVANTAGE COLLECTION PROFESSIONAL**<br>**PO BOX 353**<br>**CAMBRIDGE MN 55008** | | H | 10/12/2007<br><br>**MEDICAL** | | | | 373.00 |
| ACCOUNT NO.<br><br>**SERVICE MASTER** | | | **JUDGMENT 73-CV-08-14082** | | | | 604.42 |
| ACCOUNT NO.  **XXXX5348**<br><br>**SPRINGER COLLECTIONS**<br>**876 E 7TH ST**<br>**ST PAUL MN 55106-4590** | | J | 04/18/2007<br><br>**VILLAGE GREEN**<br>**HOUSEHOLD** | | | | 2,825.49 |
| ACCOUNT NO.  **UNKNOWN**<br><br>**SRT ENTERPRISES**<br>**413 3RD ST N**<br>**WAITE PARK MN 56387** | | H | 04/26/2007<br><br>**HOUSEHOLD**<br>**JUDGMENT** | | | | 1,485.00 |

Sheet no.  13 of 17 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $                    **5,287.91**

Total  ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **ANTHONY T LAVALLE   DEBORAH K LAVALLE**                     Case No. _____
                                    **Debtors**                                         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **SEVERAL ACCOUNTS** <br> **ST CLOUD HOSPITAL** <br> **1406 SIXTH AVENUE NORTH** <br> **ST CLOUD MN 56303** | | **J** | **MEDICAL** <br> **2006-2007** | | | | **19,029.26** |
| ACCOUNT NO. **XXX8318** <br> **ST CLOUD MEDICAL GROUP** <br> **4544 CO RD 134** <br> **ST CLOUD MN 56303** | | **J** | **MEDICAL** <br> **PRIOR TO 12/2007** | | | | **109.00** |
| ACCOUNT NO. **5825** <br> **ST CLOUD ORTHOPEDICS** <br> **1555 NORTHWAY DR** <br> **ST CLOUD MN 56303** | | **J** | **11/29/2007** <br> **MEDICAL** | | | | **220.13** |
| ACCOUNT NO. **4174** <br> **ST CLOUD SURGICAL CENTER** <br> **1526 NORTHWAY DR** <br> **ST CLOUD MN 56303** | | **J** | **06/11/2007** <br> **MEDICAL** | | | | **43.21** |
| ACCOUNT NO. **7058** <br> **TATE & KIRLIN ASSOCIATES** <br> **2810 SOUTHAMPTON RD** <br> **PHILADELPHIA PA 19154** | | **W** | **10/29/2007** <br> **HOUSEHOLD COLLECTION  FOR HSBC** | | | | **580.62** |

Sheet no. _14_ of _17_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                **19,982.22**

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE   DEBORAH K LAVALLE**                     Case No. _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **0594**<br><br>**TATE & KIRLIN ASSOCIATES**<br>**2810 SOUTHAMPTON RD**<br>**PHILADELPHIA PA 19154** | | H | 02/13/2006<br><br>**HOUSEHOLD FOR CROSS COUNTRY HSBC** | | | | 1,051.84 |
| ACCOUNT NO.  **74V2**<br><br>**TRANSWORLD SYSTEM**<br>**1611 W CTY RD B #306**<br>**ST PAUL MN 55113** | | H | 04/23/2007<br><br>**MEDICAL FOR ST CLOUD SURGICAL** | | | | 353.20 |
| ACCOUNT NO.  **6974**<br><br>**TRIPICIANO LAW OFFICE**<br>**160 3RD AVE W STE 200**<br>**FOLEY MN 56329** | | J | 10/31/2007<br><br>**COLLECTION FOR CENTRAL MN ANTHESIA/CAMPUS PLAHOUSE MEDICAL/HOUSEHOLD** | | | | 604.60 |
| ACCOUNT NO.  **XXXX5028**<br><br>**VALENTINE & KEBARTAS INC**<br>**PO BOX 325**<br>**LAWRENCE MA 01842** | | H | 06/16/2005<br><br>**HOSUEHOLD** | | | | 401.52 |

Sheet no.  15  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **2,411.16**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **ANTHONY T LAVALLE   DEBORAH K LAVALLE**                    Case No. _____
                         **Debtors**                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**VERIZON WIRELESS PO BOX 25505 LEHIGH VALLEY PA 18002-5505** <br><br>**NORTH SHORE AGENCY PO BOX 8922 WESTBURY NY 11590** | | | **HOUSEHOLD** | | | | **712.76** |
| ACCOUNT NO.   **UNKNOWN** <br><br>**WEISBERG LAW OFFICE PO BOX 26759 MINNEAPOLIS MN 55426** | | J | 02/20/2003 <br>**FOR MIDWEST COLLECTIONS** | | | | **606.36** |
| ACCOUNT NO.   **0150/7700** <br><br>**WEST ASSET MANAGEMENT PO BOX 671747 MARIETTA GA 30006** | | J | 11/15/2006 <br>**HOUSEHOLD** | | | | **3,045.97** |
| ACCOUNT NO.   **3611** <br><br>**WILLIAMS AND FUDGE PO BOX 115900 ROCK HILL SC 29731-1590** | | H | 12/13/2007 <br>**HOUSEHOLD** | | | | **2,815.76** |

Sheet no.  16  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➢ $ **7,180.85**

Total ➢ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **ANTHONY T LAVALLE    DEBORAH K LAVALLE**                            Case No. _____
                        Debtors                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **UNKNOWN** | | W | | | | | 192.76 |
| **XCEL BKY UNIT**<br>**1518 CHESTNUT AVE**<br>**MINNEAPOLIS MN 55403**<br><br>**MICHELE G GREER**<br>**7301 OHMS LANE STE 475**<br>**EDINA MN55439** | | | **PRIOR ACCOUNT**<br>09/2006 | | | | |

Sheet no.  17  of  17  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $                    192.76

Total  >  $              219,698.51

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re: __ANTHONY T LAVALLE    DEBORAH K LAVALLE_____,          Case No. _____
                          **Debtors**                                                      **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **ANTHONY T LAVALLE    DEBORAH K LAVALLE**               Case No. _____
_____.                                    **(If known)**
                                    **Debtors**

# SCHEDULE H - CODEBTORS

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

B6I (Official Form 6I) (12/07)

In re    **ANTHONY T LAVALLE DEBORAH K LAVALLE**                    Case No. _____

                              **Debtors**                                    (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **MARRIED** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **SON** | **6** |
| | **SON** | **4** |

| Employment: | **DEBTOR** | **SPOUSE** |
|---|---|---|
| Age | **37** | **36** |
| Occupation | **UNEMPLOYED** | **ACCOUNTING/PAYROLL** |
| Name of Employer | | **KOMO MACHINE** |
| How long employed | | **2 WKS** |
| Address of Employer | | **SAUK RAPIDS MN 56379** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 0.00 | $ | 2,600.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 2,600.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 199.00 |
| b. Insurance | $ | 0.00 | $ | 303.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 502.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 2,098.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 0.00 | $ | 2,098.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 2,098.00** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**B6I (Official Form 6I) (12/07) - Cont.**

**In re** **ANTHONY T LAVALLE DEBORAH K LAVALLE**        **Case No.** _____

                               **Debtors**                                          **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

**NONE**

B6J (Official Form 6J) (12/07)

In re **ANTHONY T LAVALLE DEBORAH K LAVALLE** ,      Case No. _____
                                    Debtors                                    (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,273.00 |
| a. Are real estate taxes included?   Yes ✓   No _____ | | |
| b. Is property insurance included?   Yes ✓   No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 180.00 |
| b. Water and sewer | $ | 40.00 |
| c. Telephone | $ | 35.00 |
| d. Other **CABLE/INTERNET** | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 30.00 |
| 6. Laundry and dry cleaning | $ | 22.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 100.00 |
| e. Other_____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other_____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **HAIR CUTS/PERSONAL CARE** | $ | 15.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,445.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $ | 2,098.00 |
| b. Average monthly expenses from Line 18 above | $ | 2,445.00 |
| c. Monthly net income (a. minus b.) | $ | -347.00 |

**B6 Summary (Official Form 6 - Summary) (12/07)**

## United States Bankruptcy Court

### District of Minnesota

In re  __ANTHONY T LAVALLE    DEBORAH K LAVALLE_____,         Case No. _____
                                        Debtors

                                                        Chapter   _7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $          138.000.00 | | |
| B - Personal Property | YES | 3 | $            9.705.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $          123.012.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 3 | | $            1,546.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 18 | | $          219.698.51 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $          2.098.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $          2.445.00 |
| TOTAL | | 33 | $          147,705.00 | $          344,256.51 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re **ANTHONY T LAVALLE   DEBORAH K LAVALLE** _____,  Case No. _____

Debtors                                Chapter    **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 1,546.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 102,304.90 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 103,850.90 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 2,098.00 |
| Average Expenses (from Schedule J, Line 18) | $ 3,095.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 2,080.83 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 1,546.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $219,698.51 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $219,698.51 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re  **ANTHONY T LAVALLE    DEBORAH K LAVALLE**                          Case No. _____
                                    Debtors                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**35**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **12/15/2008**_____          Signature:  **s/ ANTHONY T LAVALLE**_____
                                                                **ANTHONY T LAVALLE**
                                                                            Debtor

Date:  **12/15/2008**_____          Signature:  **s/ DEBORAH K LAVALLE**_____
                                                                **DEBORAH K LAVALLE**
                                                                    (Joint Debtor, if any)

                                          [If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP
### (NOT  APPLICABLE)

--------------------------------------------------------------------------------------------------------

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

## UNITED STATES BANKRUPTCY COURT
### District of Minnesota

In re: **ANTHONY T LAVALLE   DEBORAH K LAVALLE**            ,        Case No. _____

Debtors                                                        (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1. Income from employment or operation of business

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
| --- | --- | --- |
| 21,110.00 | DEBORAH | 2006 |
| 817.00 | DEBORAH GROSS FROM CANDLE BUSINESS | 2006 |
| 15,713.00 | ANTHONY | 2006 |
| 8,833.00 | ANTHONY | 2007 |
| 27,040.00 | DEBORAH | 2007 |
| 16,000.00 | ANTHONY 1099 INCOME | 2007 |
|  | DEBORAH | 2008 |
| 0.00 | ANTHONY | 2008 |

## 2. Income other than from employment or operation of business

None ☐  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
| --- | --- | --- |
| 2,715.00 | TAX REFUNDS | 2006 |
| 6,502.00 | TAX REFUND | 2006 |

2

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **COUNTRY WIDE HOME LOANS SVB 314 PO BOX 5170 SIMI VALLEY CA 93062-5170** | **MONTHLY PAYMENTS** | **2,683.18** | **120,312.00** |

None
☑

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

None
☑

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| | | | |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☐ immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **XCEL BKY UNIT 1518 CHESTNUT AVE MINNEAPOLIS MN 55403** | **12/01/2007** | **wages totalling $109** |

### 5.  Repossessions, foreclosures and returns

None List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☐ foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **CAPITAL ONE** | **10/01/2007** | **2005 FORD TAURUS 40K MILES VIN** |

### 6.  Assignments and receiverships

None a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑ commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year**
☑ immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning property of either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7.  Gifts

None List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except
☑ ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable
contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include
gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

4

## 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **KALENDA & ASSOCIATES** **919 W ST GERMAIN ST #2000** **ST CLOUD MN 56301** | **12/2007** **12/2008** | **$250 retainer** **$1750 in plan** **$500 FOR CONVERSION** |

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
| --- | --- | --- |

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12.  Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13.  Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **2620 16 ST S #205 ST CLOUD MN 56301** | **ANTHONY AND DEBORAH LAVALLE** | **3/03-10/06** |

## 16.  Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.   List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.   List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.   List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

## 18. Nature, location and name of business

None ☑ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ☑ b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **12/15/2008**                       Signature of Debtor       **s/ ANTHONY T LAVALLE**
**ANTHONY T LAVALLE**

Date  **12/15/2008**                       Signature of Joint Debtor (if any)       **s/ DEBORAH K LAVALLE**
**DEBORAH K LAVALLE**

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
### District of Minnesota

In re _____**ANTHONY T LAVALLE    DEBORAH K LAVALLE**_____          Case No. _____

_____Debtors_____                                                    Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br>**COUNTRY WIDE HOME LOANS** | **Describe Property Securing Debt:**<br>**IHOME: LOTS 17 AND 18 IN BLOCK 2 IN PLATTE'S SECOND ADDITION TO THE CITY OF ST. CLOUD, STEARNS COUNTY, MN**<br><br>**2006 APPRAISED VALUE** |

Property will be *(check one)*:
  ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☑ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☐ Claimed as exempt                    ☑ Not claimed as exempt

| Property No.  2 | |
|---|---|
| **Creditor's Name:**<br>**DAN PIRSIG** | **Describe Property Securing Debt:**<br>**NOTICE ONLY, NO ARREARS** |

Property will be *(check one)*:
  ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☐ Claimed as exempt                    ☑ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br><br>**IRS** | **Describe Property Securing Debt:**<br><br>**INCOME TAX** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                          ☑ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br><br>**MID ATLANTIC FINANCE** | **Describe Property Securing Debt:**<br><br>**2000 OLDS ALERO 168K MILES**<br>**VIN 1G3NL52T2YC354923**<br>**NADA RETAIL** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                          ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br><br>**MN DEPARTMENT OF REVENUE** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

B 8 (Official Form 8) (12/08)

Property is *(check one)*:
- ☐ Claimed as exempt
- ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☐ NO |

_____0_____ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **12/15/2008**

**s/ ANTHONY T LAVALLE**
**ANTHONY T LAVALLE**
Signature of Debtor

**s/ DEBORAH K LAVALLE**
**DEBORAH K LAVALLE**
Signature of Joint Debtor (if any)

B22A (Official Form 22A) (Chapter 7) (01/08)

| In re | **ANTHONY T LAVALLE, DEBORAH K LAVALLE** | According to the calculations required by this statement: |
| | Debtor(s) | ☐ **The presumption arises** |
| Case Number: _____ | | ☒ **The presumption does not arise** |
| | (If known) | (Check the box as directed in Parts I, III, and VI of this statement.) |

## CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
## AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

### Part I. EXCLUSION FOR DISABLED VETERANS AND NON-CONSUMER DEBTORS

| 1A | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |

### Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION

| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☒ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.** |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | Column A<br>Debtor's<br>Income | Column B<br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $2,080.83 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | $0.00 | $0.00 |

| | | a. | Gross Receipts | $ 0.00 |
| | | b. | Ordinary and necessary business expenses | $ 0.00 |
| | | c. | Business income | Subtract Line b from Line a |

| | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. **Do not enter a number less than zero. Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |

B22A (Official Form 22A) (Chapter 7) (01/08)                                                                                                  2

| 5 | a. | Gross Receipts | $ 0.00 | | |
|---|---|---|---|---|---|
| | b. | Ordinary and necessary operating expenses | $ 0.00 | $0.00 | $0.00 |
| | c. | Rent and other real property income | Subtract Line b from Line a | | |

| 6 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
|---|---|---|---|

| 7 | **Pension and retirement income.** | $0.00 | $0.00 |
|---|---|---|---|

| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $0.00 | $0.00 |
|---|---|---|---|

| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____    Spouse $ _____ | $ | $ |
|---|---|---|---|

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. _____  $ _____<br>Total and enter on Line 10. | $0.00 | $0.00 |
|---|---|---|---|

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 thru 10 in Column B. Enter the total(s). | $0.00 | $2,080.83 |
|---|---|---|---|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $ 2,080.83 |
|---|---|---|

### Part III.  APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $24,969.96 |
|---|---|---|

| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br><br>a. Enter debtor's state of residence:   **MN** _____   b. Enter debtor's household size:   **4** _____ | $84,394.00 |
|---|---|---|

| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br><br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII.<br><br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |
|---|---|

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15).**

**B22A (Official Form 22A) (Chapter 7) (01/08)** 3

| | **Part IV.  CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)** | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. <br><br> a. _____  $_____ <br><br> Total and enter on Line 17 . | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |
| | **Part V. CALCULATION OF DEDUCTIONS FROM INCOME** | |
| | **Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)** | |
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | | Household members 65 years of age or older | | |
|---|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | |

| | | $ |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by home, if any, as stated in Line 42. | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a | $ |

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
|---|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0  ☐ 1  ☐ 2 or more.<br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br>☐ 1  ☐ 2 or more.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | $ |

| | a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42. | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | $ |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ |
|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |

**B22A (Official Form 22A) (Chapter 7) (01/08)** 5

| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
|---|---|---|
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare—such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service— such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| Subpart B: Additional Living Expense Deductions |
|---|
| Note: Do not include any expenses that you have listed in Lines 19-32 |

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>| a. | Health Insurance | $ |<br>| b. | Disability Insurance | $ |<br>| c. | Health Savings Account | $ |<br><br>Total and enter on Line 34<br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ _____ | $ |
|---|---|---|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs**. Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

B22A (Official Form 22A) (Chapter 7) (01/08)                                                                                          6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|---|---|---|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40. | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | | | $ | ☐ yes  ☐ no | |
| | | | | Total: Add Lines a, b and c | $ |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|
| | | | Total: Add Lines a, b and c | $ |

| 44 | **Payments on prepetition priority claims**. Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses**. If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| | a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|---|
| 45 | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| | c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|---|---|---|

**B22A (Official Form 22A) (Chapter 7) (01/08)**                                                            7

| | Part VI.  DETERMINATION OF § 707(b)(2) PRESUMPTION |  |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>❑ **The amount on Line 51 is less than $6,575** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>❑ **The amount set forth on Line 51 is more than $10,950.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>❑ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>❑ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>❑ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | Part VII.  ADDITIONAL EXPENSE CLAIMS |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| Expense Description | Monthly Amount |
|---|---|
| Total: Add Lines a, b, and c | $ |

| | Part VIII:  VERIFICATION |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: **12/15/2008**          Signature: **s/ ANTHONY T LAVALLE**<br>                                      **ANTHONY T LAVALLE,** (Debtor)<br><br>Date: **12/15/2008**          Signature: **s/ DEBORAH K LAVALLE**<br>                                      **DEBORAH K LAVALLE,** (Joint Debtor, if any) |

**Form 1007-1 - Statement Of Compensation By Debtor's Attorney**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

**ANTHONY T LAVALLE**
**DEBORAH K LAVALLE**                                      ,                    Case No. BKY _____

                        Debtor(s).                          Chapter ___7___ Case

## STATEMENT OF COMPENSATION BY ATTORNEY FOR DEBTOR(S)

The undersigned, pursuant to Local Rule 1007-1, Bankruptcy Rule 2016(b) & § 329(a) of the Bankruptcy Code, states that:

1.   The undersigned is the attorney for the debtor(s) in this case and files this statement as required by applicable

2.   (a) The filing fee paid by the undersigned to the clerk for the debtor(s) in this case is:                                                              $ _____ **25.00**

     (b) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:                                                              $ _____ **500.00**

     (c) Prior to filing this statement, the debtor(s) paid to the undersigned:                                                              $ _____ **500.00**

     (d) The unpaid balance due and payable by the debtor(s) to the undersigned is:                                                              $ _____ **0.00**

3.   The services rendered or to be rendered include the following: (a) analysis of the financial situation and rendering advice and assistance to the debtor in determining whether to file a petition under Title 11 of the United States Code; (b) preparation and filing of the petition, exhibits, attachments, schedules, statements and lists and other documents required by the court; (c) representation of the debtor(s) at the meeting of creditors; (d) negotiations with creditors; and (e) other services reasonably necessary to represent the debtor(s) in this case.

4.   The source of all payments by the debtor(s) to the undersigned was or will be from earnings or other current compensation of the debtor(s), and the undersigned has not received and will not receive any transfer of property other than such payments by the debtor(s), except as follows:

_____

5.   The undersigned has not shared or agreed to share with any other person other than with members of undersigned's law firm any compensation paid or to be paid.

Dated: __**12/15/2008**_____          Signed: **/s/ROBERT L. KALENDA** _____
                                                              **ROBERT L. KALENDA**
                                                              **Bar no: 53260**
                                                              Attorney for Debtor(s)

                                                              **KALENDA & ASSOCIATES**
                                                              **919 W ST GERMAIN ST #2000**
                                                              **ST CLOUD MN 56301**
                                                              **320-255-8840**

LOCAL RULE REFERENCE: 1007-1

# UNITED STATES BANKRUPTCY COURT
## District of Minnesota

In re:  **ANTHONY T LAVALLE**                **DEBORAH K LAVALLE**                Case No.  _____

Chapter  **7**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE:  <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

   1.  Gross Income For 12 Months Prior to Filing:                    $ _____ **0.00**

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2.  Gross Monthly Income:                                                            $ _____ **0.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

   3.  Net Employee Payroll (Other Than Debtor)          $ _____ **0.00**
   4.  Payroll Taxes                                                        _____ **0.00**
   5.  Unemployment Taxes                                          _____ **0.00**
   6.  Worker's Compensation                                      _____ **0.00**
   7.  Other Taxes                                                        _____ **0.00**
   8.  Inventory Purchases (Including raw  materials)      _____ **0.00**
   9.  Purchase of Feed/Fertilizer/Seed/Spray            _____ **0.00**
 10.  Rent (Other than debtor's principal residence)      _____ **0.00**
 11.  Utilities                                                              _____ **0.00**
 12.  Office Expenses and Supplies                              _____ **0.00**
 13.  Repairs and Maintenance                                    _____ **0.00**
 14.  Vehicle Expenses                                                _____ **0.00**
 15.  Travel and Entertainment                                    _____ **0.00**
 16.  Equipment Rental and Leases                              _____ **0.00**
 17.  Legal/Accounting/Other Professional Fees          _____ **0.00**
 18.  Insurance                                                          _____ **0.00**
 19.  Employee Benefits (e.g., pension, medical, etc.)    _____ **0.00**
 20.  Payments to Be Made Directly By Debtor to Secured Creditors For
      Pre-Petition Business Debts (Specify):
     **None**                                                                  _____

 21.  Other (Specify):

     **None**                                                                  _____

 22.  Total Monthly Expenses (Add items 3 - 21)                    $ _____ **0.00**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

 23.  AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)        $ _____ **0.00**

**B 201** (12/08)

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF MINNESOTA**

**NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.
**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the briefing.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7:** Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.
**Chapter 13:** Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

B 201    Page 2

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| **ROBERT L. KALENDA** | **/s/ROBERT L. KALENDA**      **12/15/2008** |
| Printed Name of Attorney | Signature of Attorney                Date |

Address:

**KALENDA & ASSOCIATES**
**919 W ST GERMAIN ST #2000**

**ST CLOUD MN 56301**

**320-255-8840**

### Certificate of the Debtor

We, the debtors, affirm that we have received and read this notice.

| | |
|---|---|
| **ANTHONY T LAVALLE** | X**s/ ANTHONY T LAVALLE**      **12/15/2008** |
| **DEBORAH K LAVALLE** | **ANTHONY T LAVALLE** |
| | Signature of Debtor                Date |
| Printed Name(s) of Debtor(s) | X **s/ DEBORAH K LAVALLE**      **12/15/2008** |
| | **DEBORAH K LAVALLE** |
| Case No. (if known) | Signature of Joint Debtor                Date |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

**ANTHONY T LAVALLE**

**DEBORAH K LAVALLE**                                    **SIGNATURE DECLARATION**

                                    Debtor(s).          Case No. _____

_____PETITION, SCHEDULES & STATEMENTS

_____CHAPTER 13 PLAN

___✓___SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION

_____AMENDMENT TO PETITION, SCHEDULES & STATEMENTS

_____MODIFIED CHAPTER 13 PLAN

_____OTHER (Please describe:_____)

We **ANTHONY T LAVALLE, DEBORAH K LAVALLE** , the undersigned debtor(s) or authorized representative of the debtor,
*make the following declarations under penalty of perjury:*

• The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

• The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

• **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

• I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

• **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: _12-15-08_

X _____          X _____
Signature of Debtor or Authorized Representative          Signature of Joint Debtor

**ANTHONY T LAVALLE**_____          **DEBORAH K LAVALLE**_____
Printed Name of Debtor or Authorized Representative          Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

ANTHONY T LAVALLE
114 16 AVE N
ST CLOUD, MN 56303

DEBORAH K LAVALLE
114 16 AVE N
ST CLOUD, MN 56303

1ST BANK OF DELAWARE
CONTINENTAL FINANCE
PO BOX 30311
TAMPA FL 33630-3311

THOMAS ARDOLF
WAITE PARK MN 56387

ACCOUNT SOLUTIONS GROUP
205 BRYANT WOODS SOUTH
AMHERST NY 14228

ADVANTAGE COLLECTION PRO
PO BOX 353
CAMBRIDGE MN 55008

AFFLIATED CREDIT SERVICE
PO BOX 1329
ROCHESTER MN55903

AMERICAN ACCOUNTS & ADVI
3904 CEDARVALE DRIVE
EAGAN MN 55122

ANOKA COUNTY COURTHOUSE
325 E MAIN ST
ANOKA MN 55303

ARM
PO BOX 129
THORFARE NJ 08086-0129

ARROW FINANCIAL
JEFFERSON CAPITAL
PO BOX 23051
COLUMBUS GA 31902-3051

ARROW FINANCIAL SERVICES
21031 NETWORK PLACE
CHICAGO IL 60678-1031

ARROW FINANCIAL SERVICES
5996 W TOUHY AVE
NILES IL 60714

ASSET ACCEPTANCE LLC
PO BOX 2039
WARREN IL 48090-2039

AVANTE
2950 S GESSNER STE 265
HOUSTON TX 77063

BMG
PO BOX 91501
INDIANAPOLIS IN 46921-00

CAPITAL MANAGEMENT SERVI
726 EXCHANGE ST
BUFFALO NY 14210

CAPITAL ONE
PO BOX 85064
GLEN ALLEN VA 23058

CENTER FOR DIAGNOSTIC IM
BOX 1414 NCB6
MINNEAPOLIS MN 55480-141

CENTRA CARE CLINIC
1200 N 6TH ST
ST CLOUD MN 56303

CENTRAL MN ANESTHISIA
14700 28TH AVE STE 20
PLYMOUTH MN 55447

CENTRAL MN EMERG PHYS
1406 6TH AVE N
ST CLOUD MN 56303

CENTRAL MN MENTAL HEALTH
1321 NORTH 13TH ST
ST CLOUD MN 56303

CHARTER COMMUNICATIONS
3380 NORTHERN VALLEY PIN
ROCHESTER MN 55906

CHASE RECEIVABLES
1247 BROADWAY
SONOMA CA 95476

CMRE FINANCIAL SERVICES
3075 E IMPERIAL HWY 200
BREA CA 92821-6753

COLLECTION RESOURCES
PO BOX 2270
ST CLOUD MN 56302-2270

COUNTRY WIDE HOME LOANS
SVB 314 PO BOX 5170
SIMI VALLEY CA 93062-517

CRAIG A ROSE
921 MAIN STREET HOPKINS
HOPKINS MN 55343

CREDIT PROTECTION ASSOCI
13355 NOEL RD
DALLAS TX 75420

DAN PIRSIG
18954 KANDI-MEEKER RD
ATWATER MN 56209

DANIEL J PIRSIG
18954 KANDI MEEKER RD
ATWATER MN 56209

DEBT RECOVERY SOLUTIONS
900 MERCHANTS CONCOURSE
WESTBURY NY 11590-5114

ECMC
7325 BEAUFONT SPRINGS ST
RICHMOND VA 23225

EDOP LOAN SERVICES
PO BOX 21302
ST PAUL MN 55121

FINANCIAL CONSULTANTS CO
160 3RD AVE W #100
FOLEY MN 55329-0235

FIRST NATIONAL COLLECTIO
610 WALTHAM WAY
SPARKS NV 89434

FIRST REVENUE ASSURANCE
PO BOX 5818
DENVER CO 80217

FMS INC
PO BOX 18062
HAUPAUGE NY 11788-8862

GOLD CROSS AMBULANCE
PO BOX 86
MINNEAPOLI SMN 55486

GOLD CROSS AMBULANCE
PO BOX 86
MINNEAPOLIS MN 55486

GOLD CROSS AMBULANCE
PO BOX 86
MINNEAPOLIS MN 55486-255

HSBC CARD SERVICES
PO BOX 80084
SALINAS CA 93912-0084

IRS
PO BOX 21126
PHILADELPHIA PA 19114

JC CHRISTIANSON
PO BOX 519
SAUK RAPIDS MN 56379

LDC COLLECTION SYSTEMS
3131 PRINCETON PIKE BLDG
LAWRENCEVILLE NJ 08648

LOFSTROM LAW FIRM
PO BOX 21123
COLUMBIA HEIGHTS MN 5542

MALINDA LIPETZKY
457 ELENA LANE
ST JOSEPH MN 56374

MEDTRONIC
13019 COLLECTION CENTER
CHICAGO IL 60693-0130

MERCHANTS CREDIT GUIDE C
223 W JACKSON BLVD
CHICAGO IL 60606

MICHELE G GREER
7301 OHMS LANE STE 475
EDINA MN55439

MID ATLANTIC FINANCE
15500 LIGHTWAVE DR
CLEARWATER FL 33771

MID STATE CREDIT
217 S 7 ST STE 101B
BRAINERD MN 56401

MIDWEST COLLECTION SERV
P O BOX 1181
ST CLOUD MN 56302

MN DEPARTMENT OF REVENUE
SPECIAL ACTIONS
551 BANKRUPTCY SECTION
PO BOX 64447
ST PAUL MN 55164

MONTEREY COLLECTIONS
PO BOX 4658
CARLSBAD CA 92018

MRS ASSOCIATES
3 EXECUTIVE CAMPUS STE 4
CHERRY HILL NJ 08002

NORTH SHORE AGENCY
PO BOX 8922
WESTBURY NY 11590

NORTHLAND CREDIT CONTROL
3617 VERA CRUZ AVE N
MINNEAPOLIS MN 55422

NORTHLAND GROUP
PO BOX 390846
EDINA MN 55439

NORTHWAY DENTAL
PO BOX 1659
ST CLOUD MN 56302

ORCHARD BANK
PO BOX 5222
CAROL STREAM IL 60197-52

PAYDAY AMERICA
1609 W CTY RD 42
BOX 232
BURNSVILLE MN 55306

PORTFOLIO RECOVERY
PO BOX 12914
NORFOLK VA 23541

QUADRANT GROUP
5140 MAIN ST STE 303
WILLIAMSVILLE NY 14221

REGIONAL DIAGNOSTIC RADI
POB OX 7366
ST CLOUD MN 5632-7366

REGIONAL DIAGNOSTIC RADI
PO BOX 7366
ST CLOUD MN 56302-7366

RICHARD L MUSKE
700 ST PAUL BLDG
ST PAUL MN 55102

RICHARD SIERSTAD
PO BOX 566
SAUK RAPIDS MN 56379-056

RJM ACQUISITIONS
575 UNDERHILL BLVD STE 2
SYOSSET NY 11791-3416

ROSE & ARNESON
PO BOX 5560
HOPKINS MN 55343

SERVICE MASTER

SPRINGER COLLECTIONS
876 E 7TH ST
ST PAUL MN 55106-4590

SRT ENTERPRISES
413 3RD ST N
WAITE PARK MN 56387

ST CLOUD HOSPITAL
1406 SIXTH AVENUE NORTH
ST CLOUD MN 56303

ST CLOUD MEDICAL GROUP
4544 CO RD 134
ST CLOUD MN 56303

ST CLOUD SURGICAL CENTER
1526 NORTHWAY DR
ST CLOUD MN 56303

TATE & KIRLIN ASSOCIATES
2810 SOUTHAMPTON RD
PHILADELPHIA PA 19154

TRANSWORLD SYSTEM
1611 W CTY RD B #306
ST PAUL MN 55113

TRIPICIANO LAW OFFICE
160 3RD AVE W STE 200
FOLEY MN 56329

VALENTINE & KEBARTAS INC
PO BOX 325
LAWRENCE MA 01842

ST CLOUD ORTHOPEDICS
1555 NORTHWAY DR
ST CLOUD MN 56303

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY PA 18002-5

WEISBERG LAW OFFICE
PO BOX 26759
MINNEAPOLIS MN 55426

WEST ASSET MANAGEMENT
PO BOX 671747
MARIETTA GA 30006

WILLIAMS AND FUDGE
PO BOX 115900
ROCK HILL SC 29731-1590

XCEL BKY UNIT
1518 CHESTNUT AVE
MINNEAPOLIS MN 55403